**Motions Granted; Order filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00889-CR

———————

**NOE GERARDO MORIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1306502**

## ORDER

A jury convicted appellant of murder and assessed punishment at life in prison. Appellant's court-appointed counsel, Ellis McCullough, filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967). Counsel also filed a motion to withdraw from representing appellant.

On April 8, 2014, the trial court conducted a hearing and determined that counsel had not complied with the dictates of *Anders v. California.* The court

appointed substitute counsel, Angela Cameron of the Harris County Public Defender's Office, to represent appellant in this appeal. Accordingly, we issue the following order:

We **GRANT** Ellis McCullough's motion to withdraw and substitute Angela Cameron as appellant's appointed counsel. We **STRIKE** the *Anders* brief filed in this court on March 10, 2014.

On April 9, 2014, appellant's newly appointed counsel, Angela Cameron, filed a motion asking that we reset the briefing schedule. We **GRANT** the motion. The new appellant's brief shall be due on or before **May 15, 2014,** subject to any extension of time that may be granted.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.